THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heidi Ashley
 Foulks, Appellant.
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2009-UP-329
Submitted May 1, 2009  Filed June 15,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Heidi
 Ashley Foulks appeals her guilty plea and
 sentence for trafficking crack cocaine, arguing her plea was not knowingly or
 voluntarily made.  After a
 thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.